*Alexander M. Gregory* v. *Philip C. Harmon et al.* WM. CURTIS NOYES, for complainant; D. B. OGDEN, for defendant. Motion to dissolve injunction denied. Order directing a reference to master Robinson to appoint a receiver of the partnership property and effects and to take from him the proper security. Neither party to have costs as against the other upon these applications.

*Grace R. Ferguson* v. *James Ferguson.* J. R. WHITING and B. SILLIMAN, for appellant; JOSEPH L. WHITE, for respondent. Order of the vice chancellor awarding a new trial of the feigned issue, affirmed.

*Adeline Cecilia Hathaway,* by her next friend v. *William Hathaway.* J. L. WHITE, for appellant; O. L. BARBOUR, for respondent. Order appealed from, affirmed, with costs to be paid by the next friend of the complainant.